## FRANCIS LASSELLE *versus* THOMAS CALDWELL

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing plea extended *p. 353; (2) time for filing declaration extended *p. 358; (3) motion for nonsuit overruled *p. 457; (4) motion to quash writ granted *p. 498.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for subpoena; (5) subpoena; (6) defendant's affidavit; (7) motion to quash writ.

*1822–23 Calendar,* MS p. 42.

## WILLIAM C. KELLY *versus* JOHN MOUNTFORT

JOURNAL ENTRIES (1822): *Journal 3:* (1) Time for declaration and plea extended *p. 353.

PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for special bail; (3) capias, order for bail, return; (4) bail bond; (5) recognizance and bail piece; (6) declaration; (7) plea in abatement; (8) discontinuance.

*1822–23 Calendar,* MS p. 88.